# IN THE UNITED STATES DISTRICT COURT FOR THE
## WESTERN DISTRICT OF MISSOURI
## SOUTHWESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| vs. | ) No. 16-05029-01-CR-SW-SRB |
| SHANNON LEE BARLOW, | ) |
| Defendant. | ) |

## ACCEPTANCE OF PLEA OF GUILTY AND ADJUDICATION OF GUILT

Pursuant to the Report and Recommendation of the United States Magistrate Judge, to which there has been no timely objection, the plea of guilty of the Defendant to Count One contained in the Indictment filed on August 23, 2016, is now <u>Accepted</u> and the Defendant is <u>Adjudged Guilty</u> of such offense. Sentencing will be set by subsequent Order of the Court.

                                          */s/ Stephen R. Bough*
                                   **STEPHEN R. BOUGH**
                                   **UNITED STATES DISTRICT JUDGE**

Date: November 29, 2016